# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**R.S. MANN., M.D.**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 4:08-CV-0473 BSM**

**ARKANSAS STATE MEDICAL BOARD**                                   **DEFENDANT**

## JUDGMENT

Pursuant to the order of this date granting defendant's motion to dismiss, plaintiff's complaint must be dismissed with prejudice against defendant Arkansas State Medical Board.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendant and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 24th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE